**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rohan Cosmus Cozier<br>   Lynn Patricia Cozier<br>      Debtor(s) | BK NO. 23-02246 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ *Michael Farrington*
                 Michael Farrington
                 06 Oct 2023, 14:32:29, EDT


                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 215-627-1322