Certificate Number: 03088-PAM-DE-037853763

Bankruptcy Case Number: 23-02246


03088-PAM-DE-037853763

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 16, 2023, at 12:32 o'clock PM CDT, Rohan C Cozier completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 16, 2023      By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor