In re:  Case No. 23-02246-MJC
Rohan Cosmus Cozier  Chapter 13
Lynn Patricia Cozier
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Nov 14, 2023      Form ID: ntcnfhrg      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rohan Cosmus Cozier, Lynn Patricia Cozier, 613 Tyler Dr, East Stroudsburg, PA 18301-8456 |
| 5569510 | + | Blue Ridge, 920 Ehler Street, Stroudsburg, PA 18360-1121 |
| 5569511 | + | Cenlar Federal Savings & Loan, PO Box 77404, Ewing, NJ 08628-6404 |
| 5569517 | + | Lehigh Valley Health Network, 206 East Brown St, East Stroudsburg, PA 18301-3006 |
| 5569518 |   | Lehigh Valley Health Network, 120 Burrus Blvs, Suite 200, Brodheadsville, PA 18322 |
| 5569520 |   | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5569522 | + | Split Rock Development LLC, PO Box 96058, Las Vegas, NV 89193-6058 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5569508 |   | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 19:00:55 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5577257 |   | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 19:00:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5569509 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2023 18:52:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 5570963 | ^ | MEBN | Nov 14 2023 18:41:59 | CitiMortgage, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5569512 |   | Email/Text: mrdiscen@discover.com | Nov 14 2023 18:52:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 5571081 |   | Email/Text: mrdiscen@discover.com | Nov 14 2023 18:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5569513 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 18:50:16 | Goodyear Tire/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5569514 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2023 18:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5569515 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 18:50:26 | JPMCB - Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5573087 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 14 2023 18:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5569516 |   | Email/Text: customerservice@launchservicing.com | Nov 14 2023 18:52:46 | Launch Servicing LLC, 2300 E 54th St N, Sioux Falls, SD 57104 |
| 5576776 |   | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 18:50:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5569519 | | Email/Text: EBN@Mohela.com | Nov 14 2023 18:52:00 | Mohela/Pathway, 633 Spirity Drive, Chesterfield, MO 63005 |
| 5575151 | | Email/PDF: pa_dc_claims@navient.com | Nov 14 2023 18:49:56 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5575152 | | Email/PDF: pa_dc_claims@navient.com | Nov 14 2023 19:00:45 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5569521 | + | Email/PDF: pa_dc_claims@navient.com | Nov 14 2023 18:50:33 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 5569524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 18:49:56 | SYNCB Lowes, PO BOX 965005, Orlando, FL 32896-5005 |
| 5569525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 18:50:29 | SYNCB/TJX COS, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5569523 | ^ | MEBN | Nov 14 2023 18:42:00 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5569526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 18:50:37 | Universal Card/CitiBank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5569527 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2023 18:50:29 | Wells Fargo Auto, PO Box 71092, Charlotte, NC 28272-1092 |
| 5571836 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2023 18:50:11 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | CitiMortgage, INC., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5573409 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor CitiMortgage INC. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Lynn Patricia Cozier donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Rohan Cosmus Cozier donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Rohan Cosmus Cozier,<br>**Debtor 1**<br>Lynn Patricia Cozier,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:23−bk−02246−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2023 |

ntcnfhrg (08/21)