UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROHAN COSMUS COZIER
         LYNN PATRICIA COZIER

                                                    CHAPTER 13
         Debtor(s)

         JACK N. ZAHAROPOULOS                       CASE NO: 5-23-02246-MJC
         CHAPTER 13 TRUSTEE
         Movant
vs.
         ROHAN COSMUS COZIER
         LYNN PATRICIA COZIER

         Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 3, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on September 29, 2023.

2. A hearing was held and an Order was entered on December 14, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                        Respectfully submitted,

                                        /s/   Agatha R. McHale, Esquire
                                        Id:   47613
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA   17036
                                        Phone:  717-566-6097
                                        email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROHAN COSMUS COZIER
LYNN PATRICIA COZIER

    Debtor(s)    CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant    CASE NO: 5-23-02246-MJC

ROHAN COSMUS COZIER
LYNN PATRICIA COZIER

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court    Date: February 1, 2024
Max Rosenn U.S. Courthouse
Courtroom #2    Time: 10:00 AM
197 S. Main Street
Wilkes Barre, PA 18701

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: January 3, 2024    /s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROHAN COSMUS COZIER
LYNN PATRICIA COZIER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-23-02246-MJC

Movant

vs.

ROHAN COSMUS COZIER
LYNN PATRICIA COZIER

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 3, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
TIMOTHY B. FISHER, II, ESQUIRE
P.O. BOX 396
GOULDSBORO, PA 18424

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
ROHAN COSMUS COZIER
613 TYLER DR
EAST STROUDSBURG, PA 18301

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 3, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROHAN COSMUS COZIER
LYNN PATRICIA COZIER

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

ROHAN COSMUS COZIER
LYNN PATRICIA COZIER

Respondent(s)

CHAPTER 13

CASE NO: 5-23-02246-MJC

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.