**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| In re | Rohan Cosmus Cozier  Lynn Patricia Cozier | Case No. | 5:23-bk-02246 |
|---|---|---|---|
| | Debtor(s) | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 15, 2024**, a copy of **Order Confirming Amended Chapter 13 Plan (Doc. #30)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:23-bk-02246-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Feb 15 16:05:18 EST 2024 | CitiMortgage, INC.<br>c/o Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo A<br>PO Box 130000<br>Raleigh, NC 27605-1000 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Blue Ridge<br>920 Ehler Street<br>Stroudsburg, PA 18360-1121 |
| Cenlar Federal Savings & Loan<br>PO Box 77404<br>Ewing, NJ 08628-6404 | CitiMortgage, Inc.<br>c/o Cenlar FSB<br>Attn: BK Department, 425 Phillips Blvd<br>Ewing, NJ 08618-1430 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Goodyear Tire/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)LAUNCH SERVICING LLC<br>P O BOX 91910<br>SIOUX FALLS SD 57109-1910 | Lehigh Valley Health Network<br>120 Burrus Blvs<br>Suite 200<br>Brodheadsville, PA 18322 | Lehigh Valley Health Network<br>206 East Brown St<br>East Stroudsburg, PA 18301-3006 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | NAVIENT<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |
| Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Dallas, TX 75063 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCB Lowes<br>PO BOX 965005<br>Orlando, FL 32896-5005 | SYNCB/TJX COS<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |

Exhibit "A"

| | | |
|---|---|---|
| Split Rock Development LLC<br>PO Box 96058<br>Las Vegas, NV 89193-6058 | Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>Warrington, PA 18976-3403 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Universal Card/CitiBank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Wells Fargo Auto<br>PO Box 71092<br>Charlotte, NC 28272-1092 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Lynn Patricia Cozier<br>613 Tyler Dr<br>East Stroudsburg, PA 18301-8456 | Rohan Cosmus Cozier<br>613 Tyler Dr<br>East Stroudsburg, PA 18301-8456 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | JPMCB - Card Services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Launch Servicing LLC<br>2300 E 54th St N<br>Sioux Falls, SD 57104 |
| Mohela/Pathway<br>633 Spirity Drive<br>Chesterfield, MO 63005 | Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC | (d)CitiMortgage, Inc.<br>c/o Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |