UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

| IN RE: | ROHAN COZIER | CASE NO: | 23-02246 |
|---|---|---|---|
| | LYNN COZIER | CHAPTER: | 13 |

Debtor (s)

### Change of Address – Notifications for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com

7/15/2024

/s/ LaDonna Broadway
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:23-bk-02246-MJC    Doc 33    Filed 07/15/24    Entered 07/15/24 10:22:54    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: ROHAN COZIER             CASE NO: 23-02246
       LYNN COZIER             CHAPTER: 13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on __7/15/2024__, I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

__7/15/2024__                            /s/ LaDonna Broadway
                                             Bankruptcy Processor
                                             Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:23-bk-02246-MJC    Doc 33    Filed 07/15/24    Entered 07/15/24 10:22:54    Desc
Main Document    Page 2 of 2